# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division
### Docket No. 7:03-CR-15-1F

| | |
|---|---|
| **United States Of America** ) | |
| ) | |
| vs. ) | **ORDER CONTINUING** |
| ) | **SUPERVISION** |
| **Marcus Lorenzo Gaskins** ) | |

On July 21, 2003, Marcus Lorenzo Gaskins appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 18 U.S.C. §§ 2113(d) and 2, Armed Bank Robbery and Aiding and Abetting and 18 U.S.C. 924(c)(1), Used, Carried and Brandished Firearms During and in Relation to a Crime of Violence and Aiding and Abetting, was sentenced to the custody of the Bureau of Prisons for a term of 108 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Marcus Lorenzo Gaskins was released from custody and the term of supervised release commenced on July 23, 2010.

From evidence presented at the revocation hearing on September 9, 2011, the court finds as a fact that Marcus Lorenzo Gaskins, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the original terms and conditions imposed in this case

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued.

This the 9th day of September, 2011.

James C. Fox
Senior U.S. District Judge